IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION

United States of America

    v.                                                                            2:12-cr-181-3

Chad A. Goggans

## ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 171) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 5 and 10 of the second superseding indictment, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 10, 2013                                          s\James L. Graham
                                                          James L. Graham
                                                          United States District Judge